TFH
BAR: USAO 2025R00025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDG-25-250 |
| | * | |
| KEVIN DARNELL AYERS, | * | (Felon in Possession of a Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g)(1); |
| Defendant | * | Forfeiture, 18 U.S.C. § 924(d), |
| | * | 21 U.S.C. § 853(p), 18 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about December 5, 2024, in the District of Maryland, the defendant,

**KEVIN DARNELL AYERS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition—that is, a Diamondback Model DB9 9mm pistol and approximately six rounds of 9mm ammunition—and the firearm and ammunition were in and affecting interstate and foreign commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**KEVIN DARNELL AYERS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms or ammunition involved in the offense, including but not limited to the following items seized in Hyattsville, Maryland on or about December 5, 2024:

    a. a Diamondback Model DB9 9mm pistol bearing serial number YH6423; and

    b. approximately six rounds of 9mm ammunition.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of any defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*[signature]*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

August 14, 2025
Date

3